IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02450-AP

CHERIE M. BARKER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

James M. Anderson, Esq.
Anderson and Lopez, P.C.
4905 N. Union Blvd. Suite 302
Colorado Springs, CO 80918
(719) 471-1818
(719) 260-1098 (fax)
jim@andersonandlopez.com

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A. Date Complaint Was Filed: **September 16, 2011**

    B. Date Complaint was Served on U.S. Attorney's Office: **September 21, 2011**

    C. Date Answer and Administrative Record Were Filed: **November 21, 2011**

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

### 7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

### 8. BRIEFING SCHEDULE

Plaintiff's attorney, because of workload and international travel plans, requests that briefing commence later than 40 days after the filing of this joint case management plan. Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A. Plaintiff's Opening Brief: **January 23, 2012**

    B. Response Brief due: **February 22, 2012**

    C. Reply Brief due: **March 8, 2012**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   A.    Plaintiff's Statement:  **Plaintiff does not request oral argument.**

   B.    Defendant's Statement:  **Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.    ( **X** )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

   DATED this 13th day of December, 2011

                                    BY THE COURT:

                                    *s/John L. Kane* _____
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Jessica Milano for* <br> James M. Anderson, Esq. <br> Anderson and Lopez, P.C. <br> 4905 N. Union Blvd. Suite 302 <br> Colorado Springs, CO 80918 <br> (719) 471-1818 <br> (719) 260-1098 (fax) <br> jim@andersonandlopez.com <br><br> Attorney for Plaintiff <br><br> (SIGNED PER ELECTRONIC AUTHORIZATION) | JOHN F. WALSH <br> United States Attorney <br><br> WILLIAM G. PHARO <br> Assistant United States Attorney <br> United States Attorney's Office <br> District of Colorado <br><br> *s/ Jessica Milano* <br> Jessica Milano <br> Special Assistant United States Attorney <br> 1001 17th Street <br> Denver, CO 80202 <br> (303) 844-7136 <br> (303) 844-0770 (fax) <br> jessica.milano@ssa.gov <br><br> Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

jim@andersonandlopez.com
usa-co-civil_ecf@usdoj.gov

*s/ Jessica Milano*
Office of the General Counsel
Social Security Administration