**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02450-WJM

CHERIE M. BARKER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the parties' Joint Stipulation for EAJA Fees, filed November 28, 2012 (ECF No. 22). The Court having reviewed the Stipulation for fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 *et seq.*, the Court hereby ORDERS as follows:

1. Defendant will pay Plaintiff a total of $3,375.00 in EAJA fees. This amount is payable to Plaintiff, not directly to her counsel. Payment will be sent to the office of Plaintiff's attorney: James M. Anderson, Esq.; Anderson and Lopez, P.C.; 4905 N. Union Blvd. Suite 302; Colorado Springs, CO 80918.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

4. This Order will not be used as precedent in any future cases.

Dated this 29th day of November, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge